Same case below, 406 Fed. Appx. 723.

**No. 10-1314. Mathilde Freund, et al., Petitioners v. Societe Nationale des Chemins de Fer Francais.**

565 U.S. 816, 132 S. Ct. 96, 181 L. Ed. 2d 25, 2011 U.S. LEXIS 6756.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

Same case below, 391 Fed. Appx. 939.

**No. 10-1316. Sylvia Spencer, et al., Petitioners v. World Vision, Inc.**

565 U.S. 816, 132 S. Ct. 96, 181 L. Ed. 2d 25, 2011 U.S. LEXIS 6689.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 633 F.3d 723.

**No. 10-1318. Stephen Lingis, et al., Petitioners v. Rick Dorazil, et al.**

565 U.S. 816, 132 S. Ct. 96, 181 L. Ed. 2d 25, 2011 U.S. LEXIS 6964.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 633 F.3d 552.

**No. 10-1329. William DeLuccio, et al., Petitioners v. Ed Havill, et al.**

565 U.S. 816, 132 S. Ct. 96, 181 L. Ed. 2d 25, 2011 U.S. LEXIS 6758.

October 3, 2011. Petition for writ of certiorari to the District Court of Appeal of Florida, First District, denied.

Same case below, 43 So. 3d 925.

**No. 10-1331. BDO Seidman, LLP, et al., Petitioners v. Shahid R. Khan, et al.**

565 U.S. 816, 132 S. Ct. 96, 181 L. Ed. 2d 25, 2011 U.S. LEXIS 6814.

October 3, 2011. Petition for writ of certiorari to the Appellate Court of Illinois, Fourth District, denied.

Same case below, 404 Ill. App. 3d 892, 343 Ill. Dec. 946, 935 N.E.2d 1174.

**No. 10-1332. RSL Communications PLC, by Michael John Andrew Jervis and Steven Anthony Pearson, as the Joint Administrators, Petitioners v. Nesim Bildirici, et al.**

565 U.S. 816, 132 S. Ct. 97, 181 L. Ed. 2d 25, 2011 U.S. LEXIS 6785.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

Same case below, 412 Fed. Appx. 337.

**No. 10-1334. Bernardo Salado-Alva, Petitioner v. Eric H. Holder, Jr., Attorney General.**

565 U.S. 817, 132 S. Ct. 97, 181 L. Ed. 2d 25, 2011 U.S. LEXIS 6824.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 405 Fed. Appx. 229.